PETER A. LINDH (061907)
MARKER E. LOVELL, JR. (208659)
GIBSON ROBB & LINDH LLP
100 First Street, t, 27th Floor
San Francisco, California 94105
Telephone: (415) 348-6000
Facsimile: (415) 348-6001

Attorneys for Defendants
CHANNEL STAR EXCURSIONS, INC. and
BRIAN GERHART

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAVERLY WALTON, SR. individually and as successor in interest to FRED WALTON, deceased,<br><br>　　　　　　　Plaintiffs,<br>v.<br><br>CHANNEL STAR EXCURSIONS, INC.; BRIAN GERHART, individually and as a principal of CHANNEL STAR EXCURSIONS, INC.; RON COURSEY and Does 1 - 100,<br>　　　　　　　Defendants.<br>_____ | 2:05-cv-1737-MCE-PAN<br><br>**ORDER GRANTING DEFENDANTS'S CHANNEL STAR EXCURSIONS, INC. AND BRIAN GERHART'S MOTION TO STRIKE PLAINTIFF'S DEMAND FOR JURY TRIAL**<br><br>Date:　December 21, 2005<br>Time:　9:00 a.m.<br>Dept.:　25 |

—o0o—

Defendants CHANNEL STAR EXCURSIONS, INC. and BRIAN GERHART'S Motion to Strike Plaintiff's Demand for Jury Trial came on for regularly scheduled hearing before the Honorable Peter A. Nowinski on December 21, 2005 in the above-entitled Court. Antonio Lawson of the LAWSON LAW OFFICES appeared on behalf of plaintiff WAVERLY WALTON, SR. Peter A. Lindh and Marker E. Lovell, Jr. of GIBSON ROBB & LINDH LLP appeared on behalf of CHANNEL STAR EXCURSIONS, INC. and BRIAN GERHART After

considering the moving and opposition papers, arguments of counsel and all other matters presented to the Court, IT IS HEREBY ORDERED that Defendants' Motion to Strike is hereby GRANTED on the following ground:

1. Plaintiff has no right to jury trial in this case, because the sole basis for this court's jurisdiction is admiralty.

IT IS SO ORDERED.

Dated: March 29, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE