1  PETER A. LINDH (061907)
   MARKER E. LOVELL, JR. (208659)
2  GIBSON ROBB & LINDH LLP
   100 First Street, 27th Floor
3  San Francisco, California 94105
   Telephone:  (415) 348-6000
4  Facsimile:  (415) 348-6001

5  Attorneys for Defendants
   CHANNEL STAR EXCURSIONS, INC. and
6  BRIAN GERHART

7

8                       UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11 WAVERLY WALTON, SR.            ) No.  2:05-CV-1737-MCE-PAN
   individually and as successor )
12 in interest to FRED WALTON,    )
   deceased,                      )
13                                )
                 Plaintiffs,      )
14                                )
       v.                         ) STIPULATION REGARDING CHANGES TO
15                                ) PRETRIAL SCHEDULING ORDER AND
   CHANNEL STAR EXCURSIONS, INC.; ) ORDER THEREON
16 BRIAN GERHART, individually and)
   as a principal of CHANNEL STAR )
17 EXCURSIONS, INC.; RON COURSEY  )
   and Does 1-100,                )
18                                )
                 Defendants.      )
19 _____

20      IT IS HEREBY STIPULATED, by and between defendants CHANNEL

21 STAR EXCURSIONS, INC. and BRIAN GERHART, by through their

22 designated counsel of record herein, Gibson Robb & Lindh, LLP,

23 and plaintiff WAVERLY WALTON, SR., by and through his designated

24 counsel of record herein, The Lawson Law Offices, that the

25 discovery cut-off in the above-referenced case that is currently

26 set for August 4, 2006 be extended to March 5, 2007,

27 approximately nine months prior to the December 5, 2007 trial

28 date and the date for expert witness disclosure be continued to

1 April 5, 2007, approximately eight months prior to the trial

2 date.  The parties desire to continue the discovery cut-off and

3 expert disclosure dates to conserve resources in preparing the

4 case for mediation.  By continuing these dates, the parties will

5 be able to economically prepare the case for mediation, by only

6 pursuing  the discovery necessary  to prepare the case for

7 mediation and mediate the case before engaging in additional

8 discovery that may only be required for trial.

9

10

11      **IT IS SO STIPULATED**.

12

13 Dated:  June 27, 2006              LAWSON LAW OFFICES

14                            By:   s/ ANTONIO M. LAWSON
                                    Antonio M. Lawson, Esq.
15                                  Attorneys for Plaintiff
                                    WAVERLY WALTON, SR.
16                                  individually and as successor
                                    in interest to FRED WALTON,
17                                  deceased

18
   Dated:  June 28, 2006              GIBSON ROBB & LINDH LLP
19
                               By:    s/ MARKER E. LOVELL, JR.
20                                  Marker E. Lovell, Jr.
                                    Attorneys for Defendants
21                                  CHANNEL STAR EXCURSIONS, INC.
                                    and BRIAN GERHART
22

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1

**ORDER**

2

3      The Court further Orders all dispositive motions shall be

4  heard no later than August 6, 2007.  The October 29, 2007 Final

5  Pretrial Conference and December 5, 2007 Bench Trial are

6  confirmed.

7      IT IS SO ORDERED.

8  Dated: July 10, 2006

9

10

11  MORRISON C. ENGLAND, JR
                                    UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28