1  PETER A. LINDH (061907)
   MARKER E. LOVELL, JR. (208659)
2  GIBSON ROBB & LINDH LLP
   100 First Street, 27th Floor
3  San Francisco, California 94105
   Telephone: (415) 348-6000
4  Facsimile:  (415) 348-6001

5  Attorneys for Defendants
   CHANNEL STAR EXCURSIONS, INC. and
6  BRIAN GERHART

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 WAVERLY WALTON, SR. individually and ) Case No. 2:05-cv-1737-MCE-PAN
   as successor in interest to FRED WALTON, )
12 deceased,                                 )
                                             ) **STIPULATION AND ORDER GRANTING**
13            Plaintiffs,                    ) **DEFENDANTS CHANNEL STAR**
                                             ) **EXCURSIONS, INC. AND BRIAN**
14      v.                                   ) **GERHART LEAVE TO FILE A CROSS-**
                                             ) **COMPLAINT AGAINST THE CITY OF**
15 CHANNEL STAR EXCURSIONS, INC.;           ) **SACRAMENTO**
   BRIAN GERHART, individually and as a    )
16 principal of CHANNEL STAR                )
   EXCURSIONS, INC.; RON COURSEY and       )
17 Does 1 - 100,                            )
                                             )
18            Defendants.                   )
   _____)
19

20      IT IS HEREBY STIPULATED, by and between defendants CHANNEL STAR

21 EXCURSIONS, INC., BRIAN GERHART, individually and as a principal of CHANNEL STAR

22 EXCURSIONS, INC. (collectively "DEFENDANTS"), by and through their designated counsel

23 of record herein, Gibson Robb & Lindh, LLP, and plaintiff WAVERLY WALTON, SR., by and

24 through his designated counsel of record herein, The Lawson Law Offices, that DEFENDANTS

25 may have leave to file a cross-complaint seeking indemnity from the City of Sacramento.

26 / / /

27 / / /

28 / / /

---

1    Leave is appropriate, because when DEFENDANTS initially appeared in this matter they had not yet made a claim against the City of Sacramento who owned the dock where the incident occurred. After further investigation, DEFENDANTS made a claim under the California Government Code seeking indemnity from the City. The claim was rejected on March 10, 2006, giving DEFENDANTS until September 10, 2006 to file a cross-complaint. DEFENDANTS now wish to move forward with the cross-complaint. A true and correct copy of the proposed cross-complaint is attached hereto as Exhibit "A."

**IT IS SO STIPULATED.**

Dated:  August 29, 2006              LAWSON LAW OFFICES

                                     By:   S/ ANTONIO M. LAWSON
                                           Antonio M. Lawson, Esq.
                                           Attorneys for Plaintiff
                                           WAVERLY WALTON, SR. individually
                                           and as successor in interest to FRED
                                           WALTON, deceased

Dated:  August 30, 2006              GIBSON ROBB & LINDH LLP

                                     By:   S/ MARKER E. LOVELL, JR.
                                           Marker E. Lovell, Jr., Esq.
                                           Attorneys for Defendants
                                           CHANNEL STAR EXCURSIONS, INC.
                                           and BRIAN GERHART

**IT IS SO ORDERED.**

DATED:  September 6, 2006

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE