1  ANTONIO M. LAWSON [SB No. 140823]
   KENDRA L. TANACEA [SB No. 154843]
2  LAWSON LAW OFFICES
   160 Franklin Street-Suite 204
3  Oakland, CA 94607
4  Telephone: (510) 419-0940
   Facsimile: (510) 419-0948
5
   Attorneys for Plaintiff
6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | WAVERLY WALTON, SR., individually ) | Case No. 2:05-CV-01737-MCE-PAN
   | and as successor in interest to FRED )
12 | WALTON, deceased                  ) | SUPPLEMENTAL DECLARATION OF
   |                                    ) | ANTONIO LAWSON IN SUPPORT OF
13 |        Plaintiff,                  ) | SUCCESSORS' NOTICE OF MOTION
   |                                    ) | AND MOTION TO SUBSTITUTE
14 | v.                                 ) | PARTY PLAINTIFFS
   |                                    )
15 | CHANNEL STAR EXCURSIONS, INC.      )
   | AND BRIAN GERHART, individual and  )
16 | as principal of CHANNEL STAR       ) | DATE: January 8, 2007
   | EXCURSIONS and DOES One through    ) | TIME: 9:00 A.M.
17 | One Hundred, Inclusive,            ) | CRTRM: 3
   |                                    )
18 |        Defendants.                 )

19

I, ANTONIO LAWSON, declare:

1. I make this statement on the basis of my personal knowledge, and, if called as a witness could and would testify competently to the facts herein.

2. I am counsel for plaintiff Waverly Walton, Sr. and his successors in the above captioned matter. I filed the instant motion for substitution of party plaintiffs on behalf of Mr. Walton's sole heirs, his children. Defendants Channel Star Excursions and Brian Gerhart filed an opposition on December 26, 2006. I was not served a copy of the opposition electronically or otherwise. I learned of defendants' opposition during a conversation with their counsel, Marker Lovell, on January 2, 2006. Mr. Lovell forwarded a copy of defendants' opposition to me that day, January 2, 2006.

3. Upon receipt of defendants' opposition, I filed a reply brief the next day.

This Declaration was signed under penalty of perjury on January 3, 2006, at Oakland, California.

/s Antonio Lawson

SUPPL. DECL. OF ANTONIO LAWSON RE MOTION TO SUBSTITUTE PLAINTIFFS   Case No. 2:05-CV-01737-MCE-PAN
BELL38B01

2