ANTONIO M. LAWSON [SB No. 140823]
KENDRA L. TANACEA [SB No. 154843]
LAWSON LAW OFFICES
160 Franklin Street-Suite 204
Oakland, CA 94607
Telephone: (510) 419-0940
Facsimile: (510) 419-0948

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAVERLY WALTON, SR., individually and as successor in interest to FRED WALTON, deceased<br><br>Plaintiff,<br><br>v.<br><br>CHANNEL STAR EXCURSIONS, INC. AND BRIAN GERHART, individual and as principal of CHANNEL STAR EXCURSIONS and DOES One through One Hundred, Inclusive,<br><br>Defendants. | Case No.   2:05-CV-01737-MCE-PAN<br><br>**DECLARATION OF JERRY ANTHONY WALTON IN SUPPORT OF SUCCESSORS' NOTICE OF MOTION AND MOTION TO SUBSTITUTE PARTY PLAINTIFFS**<br><br>DATE:   January 8, 2007<br>TIME:   9:00 A.M.<br>CRTRM:  3 |

DECL. OF JERRY WALTON RE MOTION TO SUBSTITUTE PLAINTIFFS         Case No.  2:05-CV-01737-MCE-PAN
BELL38B01

1

I, JERRY ANTHONY WALTON, declare:

1. I make this statement on the basis of my personal knowledge, and, if called as a witness could and would testify competently to the facts herein.

2. I was born on April 14, 1962 in Tokyo, Japan. Attached hereto as Exhibit 1 is a true and correct copy of my birth certificate. My father, Waverly Walton, Sr. was a member of the United States Air Force, stationed in Japan at that time of my birth. My father died in Vallejo, California on September 5, 2006. Attached hereto as Exhibit 2 is a true and correct copy of my father's death certificate. No proceeding is now pending in California for administration of my father's estate.

3. My mother, Otis Pearl Walton died on April 11, 1999. My parents had seven (7) children, Waverly Walton, Jr., Iris Walton, Sharon Walton, Wanda Walton, Jerry Walton, Tammy Walton and Fred Walton. My youngest brother, Fred died in a drowning incident while boarding riverboat. His drowning is the subject of this lawsuit.

4. With my father's passing, my siblings and I are his successors in interest. No other person has a superior right to commence the action or proceeding or to be substituted for the decedent in the pending action or proceeding.

5. I am ready, willing and able to substitute as a party plaintiff for my father.

I declare under penalty of perjury that the foregoing is true and correct. Signed on this day, January 3, 2006, at San Diego, California.

Jerry Anthony Walton

DECL. OF JERRY WALTON RE MOTION TO SUBSTITUTE PLAINTIFFS     Case No. 2:05-CV-01737-MCE-PAN
BEL1.38R01

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

DECL. OF JERRY WALTON RE MOTION TO SUBSTITUTE PLAINTIFFS     Case No.  2:05-CV-01737-MCE-PAN
BELL38B01

159-C502771

UNITED STATES OF AMERICA
DEPARTMENT OF STATE

# Certification of Report of Birth
## of a United States Citizen




This is to certify that the birth of __JERRY ANTHONY WALTON__ sex __MALE__
(Name)

born at __TACHIKAWA__                    __JAPAN__
(City)                                   (Country)

on __APRIL 14, 1962__ was registered with the Consular Service of the United States and
(Date)

Consular Report of Birth was issued at __TOKYO, JAPAN__
(City/Country)

on __JUNE 24, 1965__
(Date)

              Father            PARENTS            Mother

__WAVERLY WALTEALL WALTON__            __OTIS PEARL WALTON__

Date of Birth __NOVEMBER 10, 1936__    Date of Birth __OCTOBER 22, 1937__

JAMES A. BAKER, III
Secretary of State

Authentication Officer, Washington, D.C.

NOVEMBER 22, 1991
Date

FORM DS-1350   WARNING: This certificate is not valid if it has been altered in any way whatsoever or if it does not bear the raised seal of the office of issuance.

0028611

# EXHIBIT 2

DECL. OF JERRY WALTON RE MOTION TO SUBSTITUTE PLAINTIFFS    Case No. 2:05-CV-01737-MCE-PAN

BELL38B01

3

**STATE OF CALIFORNIA**
**CERTIFICATION OF VITAL RECORD**

# COUNTY of SOLANO
HEALTH AND SOCIAL SERVICES DEPARTMENT
355 TUOLUMNE ST
VALLEJO, CALIFORNIA 94590

## CERTIFICATE OF DEATH
STATE OF CALIFORNIA

**DECEDENT'S PERSONAL DATA**

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT — FIRST | Waverly |
| MIDDLE | Walthall |
| LAST | Walton, SR. |
| 4. DATE OF BIRTH | 11/10/1936 |
| 5. AGE YR | 69 |
| SEX | M |
| 9. BIRTH STATE/FOREIGN COUNTRY | NY |
| 10. SOCIAL SECURITY NUMBER | 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 |
| 11. EVER IN U.S. ARMED FORCES? | X YES |
| 12. MARITAL STATUS | Widowed |
| 7. DATE OF DEATH | 09/05/2006 |
| 8. HOUR | 1830 |
| 13. EDUCATION | H.S.Graduate |
| 15. DECEDENT'S RACE | African American |
| 17. USUAL OCCUPATION | Medic |
| 18. KIND OF BUSINESS OR INDUSTRY | United States Air Force |
| 19. YEARS IN OCCUPATION | 17 |

**RESIDENCE**

| Field | Value |
|---|---|
| 20. DECEDENT'S RESIDENCE | 312 Texas Street |
| 22. CITY | Vallejo |
| 23. COUNTY | Solano |
| 24. ZIP CODE | 94590 |
| 25. YEARS IN COUNTY | 51 |
| 26. STATE/FOREIGN COUNTRY | CA |
| 26. INFORMANT'S NAME/RELATIONSHIP | Iris Walton / Daughter |
| 27. INFORMANT'S MAILING ADDRESS | 312 Texas Street, Vallejo, CA 94590 |

**INFORMATION**

| Field | Value |
|---|---|
| 31. NAME OF FATHER — FIRST | Clarence |
| LAST | Walton |
| 34. BIRTH STATE | VA |
| 35. NAME OF MOTHER — FIRST | Amanda |
| LAST | Thompson |
| 38. BIRTH STATE | VA |

**LOCAL REGISTRAR**

| Field | Value |
|---|---|
| 39. DISPOSITION DATE | 09/11/2006 |
| PLACE OF FINAL DISPOSITION | San Joaquin National Cemetery, Gustine, CA 95322 |
| 41. TYPE OF DISPOSITION(S) | BU |
| 43. LICENSE NUMBER | 8362 |
| 44. NAME OF FUNERAL ESTABLISHMENT | Sheley & Riolo Mortuary, Inc. |
| 45. LICENSE NUMBER | FD 926 |
| DATE | 09/11/2006 |

**DEATH**

| Field | Value |
|---|---|
| 101. PLACE OF DEATH | Vallejo Care Center |
| 102. IF HOSPITAL / 103. IF OTHER THAN HOSPITAL | X Nursing Home |
| 104. COUNTY | Solano |
| 105. FACILITY ADDRESS | 2200 Tuolumne Street |
| CITY | Vallejo |

**CAUSE OF DEATH**

107. CAUSE OF DEATH
IMMEDIATE CAUSE (A): End Stage Cancer of Esophagus — yrs

112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107:
Anemia; Pneumonia

**CERTIFICATION**

| Field | Value |
|---|---|
| Decedent Attended Since | 08/23/2006 |
| Decedent Last Seen Alive | 09/05/2006 |
| ATTENDING PHYSICIAN'S NAME | Rodolfo Daquioag, MD 1460 N.Camino Alto-#100 Vallejo, CA 94589 |
| LICENSE NUMBER | A29896 |
| DATE | 09/07/2006 |

**STATE REGISTRAR**

This is a true and exact reproduction of the document officially registered and placed on file in the office of the SOLANO COUNTY HEALTH AND SOCIAL SERVICES DEPARTMENT PUBLIC HEALTH DIVISION, VALLEJO, CALIFORNIA.

*000257070*

RONALD W. CHAPMAN, M.D., M.P.H.
HEALTH OFFICER AND LOCAL REGISTRAR

DATE ISSUED 09/12/2006

This copy not valid unless prepared on engraved border, displaying the date, seal and signature of Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE