1  PETER A. LINDH (061907)
   MARKER E. LOVELL, JR. (208659)
2  GIBSON ROBB & LINDH LLP
   100 First Street, 27th Floor
3  San Francisco, California 94105
   Telephone: (415) 348-6000
4  Facsimile:  (415) 348-6001

5  Attorneys for Defendants
   CHANNEL STAR EXCURSIONS, INC. and
6  BRIAN GERHART

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10                  SACRAMENTO DIVISION

11

12 WAVERLY WALTON, SR. individually and )  Case No.  2:05-cv-1737 MCE-PAN
   as successor in interest to FRED WALTON, )
13 deceased,                              )
                                          )  **STIPULATION REGARDING CHANGES**
14         Plaintiffs,                    )  **TO PRETRIAL SCHEDULING ORDER**
                                          )  **AND ORDER THEREON**
15     vs.                                )
                                          )
16 CHANNEL STAR EXCURSIONS, INC.;         )
   BRIAN GERHART, individually and as a   )
17 principal of CHANNEL STAR              )
   EXCURSIONS, INC.; RON COURSEY and     )
18 Does 1 - 100,                          )
                                          )
19         Defendants.                    )
   _____)
20                                        )
   CHANNEL STAR EXCURSIONS, INC.;         )
21 BRIAN GERHART, individually and as a   )
   principal of CHANNEL STAR              )
22 EXCURSIONS, INC.,                      )
                                          )
23         Third-Party Plaintiffs,        )
                                          )
24     vs.                                )
                                          )
25 CITY OF SACRAMENTO, inclusive,         )
                                          )
26         Third-Party Defendant.         )
   _____)
27
   / / /
28

1  IT IS HEREBY STIPULATED, by and between defendants CHANNEL STAR
2  EXCURSIONS, INC., BRIAN GERHART, individually and as a principal of CHANNEL STAR
3  EXCURSIONS, INC., by and through their designated counsel of record herein, Gibson Robb &
4  Lindh, LLP, third-party defendant CITY OF SACRAMENTO by and through its counsel of
5  record herein David S. Womack of the City of Sacramento City Attorney's Office, and the
6  successors interest to plaintiff WAVERLY WALTON, SR., by and through their designated
7  counsel of record herein, The Lawson Law Offices.  The discovery cut-off in this matter was
8  originally set for March 5, 2007 and the expert witness disclosure as well as last day for filing
9  dispositive motions is currently set for April 5, 2007.  The current trial date is December 5, 2007.

10  In light of the death of plaintiff Waverly Walton, Sr., in September of 2006, discovery in
11  this case was unable to proceed until the proper parties were substituted into the case by way of a
12  motion which was brought by counsel for Waverly Walton, Sr., in December 2006.  The court
13  did not rule on the motion until March 9, 2007.  Because no party had been substituted for Mr.
14  Walton at that time, the parties were unable to engage in any discovery.  In light of this six month
15  delay, the parties desire to reopen and continue the discovery cut-off, expert disclosure dates and
16  dispositive motion filing dates to allow the parties to adequately prepare the case for settlement
17  discussions, meditation and trial.  Accordingly, the parties hereby stipulate that the discovery cut-
18  off is continued to July 20, 2007, the expert disclosure is continued until August 24, 2007, and
19  the last day to file dispositive motions will be August 24, 2007.  The parties have no objection to
20  the December 5, 2007 trial date remaining on calender.

21
22  **IT IS SO STIPULATED.**
23
24  Dated: March 30, 2007                GIBSON ROBB & LINDH LLP
25
26                                       By:    S/ MARKER E. LOVELL, JR.
27                                              Marker E. Lovell, Jr., Esq.
                                                Attorneys for Defendants
28                                              CHANNEL STAR EXCURSIONS, INC.
                                                and BRIAN GERHART

| | | |
|---|---|---|
| 1 | Dated: March 30, 2007 | LAWSON LAW OFFICES |
| 2 | | |
| 3 | | By: S/ ANTONIO M. LAWSON |
| 4 | | Antonio M. Lawson, Esq.<br>Attorneys for Plaintiff |
| 5 | | WAVERLY WALTON, SR. individually and as successor in interest to FRED WALTON, deceased |
| 6 | | |
| 7 | Dated: March 30, 2007 | SACRAMENTO CITY ATTORNEY'S OFFICE |
| 8 | | |
| 9 | | By: S/DAVID S. WOMACK |
| 10 | | David S. Womack, Esq.<br>Attorneys for Third-Party Defendant<br>CITY OF SACRAMENTO |

**IT IS SO ORDERED.**

Dated: April 5, 2007

_[signature]_

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE