1  PETER A. LINDH (061907)
   MARKER E. LOVELL, JR. (208659)
2  GIBSON ROBB & LINDH LLP
   100 First Street, 27th Floor
3  San Francisco, California 94105
   Telephone: (415) 348-6000
4  Facsimile:  (415) 348-6001

5  Attorneys for Defendants
   CHANNEL STAR EXCURSIONS, INC. and
6  BRIAN GERHART

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10                  SACRAMENTO DIVISION

11

12  WAVERLY WALTON, SR. individually and )  Case No.  2:05-cv-01737-MCE-PAN
    as successor in interest to FRED WALTON, )
13  deceased,                               )
                                            )
14            Plaintiffs,                   )
                                            )
15       vs.                                )  **STIPULATION FOR DISMISSAL AND**
                                            )  **ORDER THEREON**
16  CHANNEL STAR EXCURSIONS, INC.;          )
    BRIAN GERHART, individually and as a    )
17  principal of CHANNEL STAR               )
    EXCURSIONS, INC.; RON COURSEY and       )
18  Does 1 - 100,                           )
                                            )
19            Defendants.                   )
    _____)
20                                          )
    CHANNEL STAR EXCURSIONS, INC.;          )
21  BRIAN GERHART, individually and as a    )
    principal of CHANNEL STAR               )
22  EXCURSIONS, INC.,                       )
                                            )
23            Third-Party Plaintiffs,       )
                                            )
24       vs.                                )
                                            )
25  CITY OF SACRAMENTO, inclusive,          )
                                            )
26            Third-Party Defendant.        )
    _____)
27

28  / / /

1   It is hereby stipulated by and between defendants CHANNEL STAR EXCURSIONS, INC., BRIAN GERHART, individually and as a principal of CHANNEL STAR EXCURSIONS, INC., and WAVERLY WALTON, SR. individually and as successor in interest to FRED WALTON, deceased and WAVERLY WALTON, JR., CHRIS WALTON, SHARON WALTON, WANDA WALTON, TERRY WALTON, and TAMMY WALTON individually and as successors in interest to WAVERLY WALTON, SR. through their designated counsel of record that, that plaintiffs claims against defendants are hereby dismissed with prejudice pursuant to FRCP 41(a)(1).

It is further hereby stipulated by and between CHANNEL STAR EXCURSIONS, INC., BRIAN GERHART, individually and as a principal of CHANNEL STAR EXCURSIONS, INC and THE CITY OF SACRAMENTO, by and through their designated counsel, that defendant's CHANNEL STAR EXCURSIONS, INC., BRIAN GERHART, individually and as a principal of CHANNEL STAR EXCURSIONS, INC third party complaint for indemnity against the CITY OF SACRAMENTO is hereby dismissed without prejudice pursuant to FRCP 41(a)(1).

**IT IS SO STIPULATED.**

Dated: July 10, 2007         GIBSON ROBB & LINDH LLP

                             By:   S/ MARKER E. LOVELL, JR.
                                   Marker E. Lovell, Jr., Esq.
                                   Attorneys for Defendants
                                   CHANNEL STAR EXCURSIONS, INC.
                                   and BRIAN GERHART

Dated: July 11, 2007         LAWSON LAW OFFICES

                             By:   S/ ANTONIO M. LAWSON
                                   Antonio M. Lawson, Esq.
                                   Attorneys for Plaintiff
                                   WAVERLY WALTON, SR. individually
                                   and as successor in interest to FRED
                                   WALTON, deceased

|   |   |
|---|---|
| Dated: July 13, 2007 | SACRAMENTO CITY ATTORNEY'S OFFICE |
|   | By: S/DAVID S. WOMACK<br>David S. Womack, Esq.<br>Attorneys for Third-Party Defendant<br>CITY OF SACRAMENTO |

**IT IS SO ORDERED.**

Dated: July 17, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE